IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE M. THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE | : | |
| Commissioner of | : | |
| Social Security | : | NO. 10-4485 |

## ORDER

**AND NOW**, this 7th day of September, 2011, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 12), the Defendant's Response to Request for Review (Document No. 13), the parties' briefs, the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, the Plaintiff's Objections, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The plaintiff's request for review is **DENIED**;

4. The defendant's response to request for review is **GRANTED**; and,

5. **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

                                            /s/ Timothy J. Savage
                                            TIMOTHY J. SAVAGE,  J.